FILED
CLERK, U.S. DISTRICT COURT
MAY _ 5 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

1  DANA ALDEN FOX - STATE BAR #119761
   **LYNBERG & WATKINS**
2  A Professional Corporation
   888 South Figueroa Street, 16th Floor
3  Los Angeles, California 90017-2516
   Telephone: (213) 624-8700
4  Facsimile: (213) 892-2763

   Attorneys for Defendant, HOST MARRIOTT CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. DRAZEK and SUSAN E. NATH, individually and as Successors in Interest of Jean Mary Drazek, deceased,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HOST MARRIOTT CORPORATION, a Delaware Corporation, JOEL BENTWOOD, CARLTON JOSEPH BENTWOOD, a minor, and DOES 1 - 30, inclusive,<br><br>　　　　Defendants.<br>_____<br>JOEL LENNON BENTWOOD, individually and as Successor in Interest of PAULA JEAN BENTWOOD, deceased, CARLTON JOSEPH BENTWOOD, a minor, by and through his Guardian Ad Litem, JOEL LENNON BENTWOOD,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HOST MARRIOTT CORPORATION, MARRIOTT HOTELS INCORPORATED, PENNSYLVANIA NO. V. LIMITED PARTNERSHIP, THARALDSON PROPERTY MANAGEMENT INCORPORATED,<br><br>　　　　Defendants. | **CASE NO. CV 01-6294 ER (JWJx)**<br><br>*Consolidated With*<br>**CASE NO. CV 01-7588 ER(JWJx)**<br><br>**Honorable Judge Edward Rafeedie**<br><br>**STIPULATED DISMISSAL**<br>**(FRCP Rule 41)** |



ENTERED ON ICMS
MAY - 6 2003
CV

C:\WINDOWS\Temporary Internet Files\Content.IE5\0LM7KXYB\Stipulation-Dismissal.wpd —1—
**STIPULATED DISMISSAL**

203

1     **IT IS HEREBY STIPULATED**, by and between plaintiff, Joel Bentwood, individually
2 and as Guardian ad Litem for Carlton Bentwood, by and through his attorney of record Brian
3 Dunn, Esq., defendants, Host Marriott Corporation, Host Marriott Corporation, Philadelphia
4 Airport Hotel Limited Partnership, Marriott Hotel Services, Inc., Marriott International, Inc.,
5 Pennsylvania No. V Limited Partnership, Tharaldson Property Management Incorporated,
6 Theraldson Employee Management, Incorporated, and Theraldson Motels, Incorporated, and
7 Fairfield Inn by through their attorney of record, Dana Alden Fox, and defendants and cross-
8 defendants, Pennsylvania No. V Limited Partnership, Tharaldson Property Management
9 Incorporated, and Fairfield Inn, by and through their attorney, Stephen A. Lax, Esq., that the
10 controlling Complaint of plaintiff, Joel Bentwood, individually and as Guardian ad Litem for
11 Carlton Joseph Bentwood, shall be dismissed pursuant to <u>Federal Rule of Civil Procedure</u>,
12 Rule 41, as the stipulating parties have reached a full and final settlement of that action.

13 DATED: 2-4-02

COCHRAN, CHERRY, GIVENS, SMITH &
STEWART

By: _____
    BRIAN DUNN
Attorneys for Plaintiffs, JOEL LENNON
BENTWOOD and CARLTON JOSEPH
BENTWOOD

19 DATED: 2-15-03

LYNBERG & WATKINS
A Professional Corporation

By: _____
    DANA ALDEN FOX
Attorneys for Defendant HOST MARRIOTT
CORPORATION

24 DATED: 2|26|03

SCHAEFFER, LAX, McNAUGHTON & CHEN

By: _____
    STEPHEN A. LAX
Attorneys for Defendants and Cross-Defendants
PENNSYLVANIA No. V LIMITED
PARTNERSHIP, THARLDSON PROPERTY
MANAGEMENT INCORPORATED, and
Defendant FAIRFIELD INN

**IT IS SO ORDERED**
Dated 5/5/03

_____
United States District Judge

1
2  IT IS SO ORDERED:
3
4  _____     _____
   DATED                          JUDGE EDWARD RAFEEDIE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATED DISMISSAL**

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Figueroa Street, Suite 1400, Los Angeles, California 90071.

On March 21, 2003, I served the foregoing document described as **STIPULATED DISMISSAL** on all interested parties in this action as follows:

| | |
|---|---|
| Brian T. Dunn, Esq.<br>COCHRAN, CHERRY, GIVENS,<br>  SMITH & STEWART<br>4929 Wilshire Blvd. Suite 1010<br>Los Angeles, California 90010<br>Tel: (323) 931-6200<br>Fax: (323) 931-9521 | Attorneys for Plaintiffs JOEL LENNON BENTWOOD and CARLTON JOSEPH BENTWOOD |
| Christoph T. Nettesheim, Esq.<br>CAPPELLO & MCCANN<br>831 State Street<br>Santa Barbara, CA 93101-3227<br>Tel: (805) 564-2444<br>Fax: (805) 965-5950 | Attorneys for Plaintiffs JOSEPH DRAZEK and SUSAN E. NATH |
| Dana Alden Fox,<br>LYNBERG & WATKINS<br>888 South Figueroa Street, 16th Floor<br>Los Angeles, CA 90017-2516<br>Tel: (213) 624-8700<br>Fax: (213) 892-2763 | Attorneys for Defendants HOST MARRIOTT CORP., PHILADELPHIA AIRPORT HOTEL LIMITED PARTNERSHIP, MARRIOTT HOTEL SERVICES, INC. AND MARRIOTT INTERNATIONAL, INC. |

I placed true copies thereof in sealed envelopes addressed as stated above. I caused each envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2003, at Los Angeles, California.

MARK W. JOHNSON